# EXHIBIT A

```
INSTR # 2017079441
OR BK 16822 PG 1450
RECORDED 08/02/2017 09:29:22 AM
SCOTT M. COLABELLA, COUNTY CLERK
OCEAN COUNTY, NEW JERSEY
RTF TOTAL TAX $268.75
```



**OCEAN COUNTY CLERK'S OFFICE
RECORDING DOCUMENT
COVER SHEET**

SCOTT M. COLABELLA
OCEAN COUNTY CLERK
P.O. BOX 2191
TOMS RIVER, NJ 08754-2191
(732) 929-2110
www.oceancountyclerk.com

OFFICIAL USE ONLY

**DATE OF DOCUMENT:** (Enter Date as follows: 00/00/0000)
7/19/2017

**TYPE OF DOCUMENT:** (Select Doc Type from Drop-Down Box)
Deed

OFFICIAL USE ONLY - REALTY TRANSFER FEE

COUNTY OF OCEAN
CONSIDERATION 197,500
REALTY TRANSFER FEE 268.75
D

**FIRST PARTY NAME:** (Enter Last Name, First Name)
Alfred P. Riebschlager, unmarried

**SECOND PARTY NAME:** (Enter Last Name, First Name)
Michael P. Siano, unmarried

**ALL ADDITIONAL PARTIES:** (Enter Last Name, First Name)

**THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY**

**BLOCK:** 630.02

**LOT:** 10

**MUNICIPALITY:** Township of Lacey

**CONSIDERATION:** $197,500.00

**MAILING ADDRESS OF GRANTEE:** (Enter Street Address, Town, State, Zip Code)
102 Haines Street East, Lanoka Harbor, NJ 08734

**THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY**

**ORIGINAL BOOK:**

**ORIGINAL PAGE:**

OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET

Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.



I HEREBY CERTIFY THE FOREGOING
TO BE A TRUE COPY
SCOTT M. COLABELLA
OCEAN COUNTY CLERK
By: _____
Special Deputy Clerk
3-7-19
Date

UTA170292

Book16822/Page1450

DEED.007
STANDARD DEED--BARGAIN &
SALE (COV. VS. GRANTOR'S ACTS)
Plain Language

# DEED 

**Prepared by:**
*KIRK C. RUSSOM, ESQ.*
*Law Offices of Apicelli, Costanzo & Russom*
*551 Lakehurst Road, First floor*
*Toms River, NJ 08755*

**This Deed** is made on July 13, 2017 and delivered July 19, 2017,

COUNTY OF OCEAN
CONSIDERATION 197,500
REALTY TRANSFER FEE 766.75
DATE 8-2-17

**Between**

Alfred P. Riebschlager, unmarried,
whose address is 102 Haines Street East, Lanoka Harbor, NJ 08734,

referred to as the **Grantor**,

**And**

Michael P. Siano, unmarried,
whose post office address is about to be 102 Haines Street East, Lanoka Harbor, NJ 08734,

referred to as the **Grantee.**

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of One Hundred Ninety-seven Thousand, Five Hundred ($197,500.00) Dollars. The Grantor acknowledges receipt of this money.

**Tax Map Reference.** Municipality of Township of Lacey, Block No. 630.02, Lot No. 10, Qualifier No.        , Account No.   .

**Property.** The property consists of the land and all the buildings and structures on the land in the Township/Borough of Lacey, County of Ocean and the State of New Jersey. This grant and conveyance is made under and subject to all covenants, conditions, rights, reservations, restrictions, and easements of record, if any.

The property is commonly known as 102 Haines Street East, Lanoka Harbor, NJ 08734.

Being the same property conveyed to Grantor(s) by Deed from Alfred A. Riebschlager and Emily Riebschlager, husband and wife, dated 5/20/2002 and recorded 6/18/2002 in the Office of the Ocean County Clerk in Deed Book 10883, Page 375.

The legal description is: Annexed hereto and made a part hereof.

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**FRD Surveying, LLC**
136 Golf View Boulevard
Toms River, NJ 08753

July 17, 2017              Job No. 17-0262

## DESCRIPTION OF PROPERTY
### SITUATED IN

### TOWNSHIP OF LACEY, OCEAN COUNTY, NEW JERSEY

Property is known and designated as Lot 10 in Block 630.02 as shown on the current tax maps of the Township of Lacey, Ocean County, New Jersey. Also being known as Lot 10 in Block 630B as shown on a certain plan entitled "Final Subdivision Plat Section No. 1, Bayberry Village, Township of Lacey, Ocean County, New Jersey" filed in the Ocean County Clerk's Office on December 18, 1970 as Map Number H-314.

Also being known as 102 Haines Street East, Lanoka Harbor, N.J.

**BEGINNING** at a point in the northerly line of Haines Street East (50' ROW) at the westerly end of a curve connecting said line of Haines Street East (50' ROW) with the westerly line of Cedarwood Drive (50' ROW); thence running along the northerly line of Haines Street East (50' ROW)

1. South 71 degrees 22 minutes 56 seconds West, a distance of 71.70 feet to a to a point of curvature; thence
2. Along a curve to the right, having a radius of 390.00 feet, an arc distance of 4.00 feet to a point; thence
3. North 08 degrees 40 minutes 56 seconds West, a distance of 119.26 feet to a pin found; thence
4. North 86 degrees 14 minutes 23 seconds East, a distance of 83.49 feet to a pin found; thence
5. Along a curve to the left, having a radius of 316.21 feet, an arc length of 82.00 feet to a point of reverse curvature; thence
6. Along a curve to the right, having a radius of 15.00 feet, an arc length of 23.56 feet to the point and place of **BEGINNING**.

This description is in accordance with a map entitled "Survey of Property, Lot 10 Block 630.02" prepared by FRD Surveying, LLC and dated July 17, 2017.

Prepared By:

FRD Surveying, LLC

*[signature]*

Frank R. DeSantis
Professional Land Surveyor
New Jersey License No. GS42001