## Certificate of Service

I, Michael Patrick Siano, do hereby certify that a true and correct copy of the foregoing Complaint with Quiet Title and Petition for Permanent Injunctive Relief has been served upon by placing the same in the U.S. Mail, properly addressed to M&T BANK and PARKER McCAY LAW OFFICES P.A. on this 18th day of September in the year of our Lord 2020.

By: _____

Michael Patrick Siano
102 Haines Street East
Lanoka Harbor, NJ 08734
Phone: 732-788-0772
Mikee1987@yahoo.com

**M&T BANK**
1 M&T PLAZA
Buffalo, NY 14203

**PARKER McCAY LAW OFFICES P.A.**
9000 Midlantic Dr. Suite 300
P.O. Box 5054
Mount Luarel, NJ 08054