James P. Berg, Esq.
PARKER IBRAHIM & BERG LLP
5 Penn Plaza, Suite 2371
New York, NY 10001
Main: 212.596.7037
Fax: 212.596.7036
james.berg@piblaw.com
*Attorneys for Defendant*
M&T Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL PATRICK SIANO™<br><br>             Plaintiff,<br>      v.<br><br>M&T BANK,<br>PARKER McCAY P.A. LAW OFFICES et al.<br>and all Unknown Parties<br><br>             Defendants. | **Document Filed Electronically**<br>Civil Action No.: 3:20-cv-12827-MAS-DEA |

## NOTICE OF APPEARANCE

Kindly enter the appearance of James P. Berg, Esq. on behalf M&T Bank in the above-captioned matter.

Respectfully submitted,

Dated:  October 20, 2020

*/s/ James P. Berg*
James P. Berg, Esq.
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Fax: (908) 333-6230
james.berg@piblaw.com

*Attorneys for Defendant*,
M&T Bank