IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL PATRICK SIANO<sup>TM</sup><br><br>       Plaintiff,<br><br> v.<br><br>M&T BANK,<br>PARKER McCAY P.A. LAW OFFICES et al.<br>and all Unknown Parties<br><br>       Defendants. | **Document Filed Electronically**<br>Civil Action No.: 3:20-cv-12827-MAS-DEA |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2020, a true and correct copy of the foregoing Notice of Appearance was sent via ECF Notification and United States First Class Mail, postage pre-paid, as follows:

> Michael Patrick Siano<sup>TM</sup>
> 102 Haines Street East
> Lanoka Harber, New Jersey 08734
> *Pro Se Plaintiff*

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 20, 2020             */s/ James P. Berg*

2