James P. Berg, Esq.
PARKER IBRAHIM & BERG LLP
5 Penn Plaza, Suite 2371
New York, NY 10001
Main: 212.596.7037
Fax: 212.596.7036
james.berg@piblaw.com
*Attorneys for Defendant*
M&T Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL PATRICK SIANO™<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M&T BANK,<br>PARKER McCAY P.A. LAW OFFICES et al.<br>and all Unknown Parties<br><br>　　　　　Defendants. | **Document Filed Electronically**<br>Civil Action No.: 3:20-cv-12827-MAS-DEA |

**DEFENDANT M&T BANK'S APPLICATION FOR AN EXTENSION OF TIME TO
ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL RULE 6.1(b)**

　　　　Application is hereby made for a Clerk's Order extending the time within which defendant M&T BANK may answer, move or otherwise reply to the Complaint with Quiet Title filed by the plaintiff herein and it is represented that:

　　　　1.　　No previous extension has been obtained.

　　　　2.　　Service of process may have been effectuated, if at all, on or about September 29, 2020.

　　　　3.　　Defendant M&T Bank's time to Answer, Move or otherwise Reply to the Plaintiffs' Amended Complaint, assuming service of process was properly effectuated, expires on October 20, 2020.

　　　　　　　　　　　　*[signature page to follow]*

Dated: October 20, 2020

Respectfully Submitted,

*/s/ James P. Berg*
James P. Berg, Esq.
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Fax: (908) 333-6230
james.berg@piblaw.com

*Attorneys for Defendant*,
M&T Bank

**ORDER**

The above application is ORDERED GRANTED, and the time within which defendant M&T Bank may answer, move or otherwise reply to the Complaint filed by plaintiff is extended fourteen (14) days to November 3, 2020.

ORDER DATED:_____

By: _____
Deputy Clerk