# **EXHIBIT 3**



**Ocean County**
**Document Summary Sheet**

OCEAN COUNTY CLERK
PO BOX 2191
COURTHOUSE
TOMS RIVER NJ 08754

INSTR # 2018102572
OR BK 17273 PG 652
RECORDED 10/18/2018 09:57:44 AM
SCOTT M. COLABELLA, COUNTY CLERK
OCEAN COUNTY, NEW JERSEY
RECORDING FEES 42.00
(*INCLUDES $2 E-RECORD CONVENIENCE FEE)

**Official Use Only**

| Transaction Identification Number | | 3609814 | 3095317 |
|---|---|---|---|
| **Submission Date** (mm/dd/yyyy) | 10/17/2018 | **Return Address** (for recorded documents) | |
| **No. of Pages** (excluding Summary Sheet) | 1 | WELLS FARGO BANK, N.A. | |
| **Recording Fee** (excluding transfer tax) (Convenience Charge of $2.00 included) | $42.00 | 1000 BLUE GENTIAN RD SUITE 200 | |
| **Realty Transfer Tax** | $0.00 | EAGAN, MN 55121 | |
| **Total Amount** | $42.00 | | |

| Document Type | ASSIGNMENT/MORTGAGE |
|---|---|

**Municipal Codes**
LACEY TOWNSHIP        13

**Batch Type**   L2 - LEVEL 2 (WITH IMAGES)

**Bar Code(s)**

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



**Ocean County**
**Document Summary Sheet**

| | | | | | | |
|---|---|---|---|---|---|---|
| ASSIGNMENT/MO RTGAGE | Type | ASSIGNMENT/MORTGAGE | | | | |
| | Consideration | | | | | |
| | Submitted By | WELLS FARGO BANK, N.A. (CSC/INGEO SYSTEMS INC) | | | | |
| | Document Date | 10/17/2018 | | | | |
| | Reference Info | | | | | |
| | Book ID | Book | Beginning Page | | Instrument No. | Recorded/File Date |
| | OR | 16822 | 1456 | | 2017079442 | |
| | MORTGAGOR | Name | | | Address | |
| | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | | | | |
| | | GLENDENNING MORTGAGE CORP | | | | |
| | | MICHAEL P SIANO | | | | |
| | ASSIGNEE AND BORROWER | Name | | | Address | |
| | | WELLS FARGO BANK NA | | | | |
| | Parcel Info | | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | 13 | | | | 13 |

*DO NOT REMOVE THIS PAGE.*
COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

5001817_10M17D(9H21M57S370)/3609814 3095317

Page 2 of 2

CFN 2018102572 O DOC_TYPE ASSN MTG BK 17273 PG 653 PAGE 2 OF 3

\*\*\*Send All Notices to Assignee\*\*\*

RECORDING REQUESTED BY:
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD
SUITE 200
EAGAN, MN 55121

WHEN RECORDED MAIL TO:
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400
ATTN: ASSIGNMENT TEAM

## ASSIGNMENT OF MORTGAGE

MERS Phone #: 888-679-6377

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GLENDENNING MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**, P.O. BOX 2026, FLINT, MI 48501-2026, by these presents does convey, assign, transfer and set over to **WELLS FARGO BANK, N.A.**, 1 HOME CAMPUS, DES MOINES, IA 50328, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for $193922.00, is recorded in the State of NEW JERSEY, County of Ocean Official Records, dated 07/19/2017 and recorded on 08/02/2017, as Instrument No. 2017079442 in Book No. 16822, at Page No. 1456

Original Mortgagor: **MICHAEL P SIANO, SINGLE MAN**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GLENDENNING MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**
Property Address: 102 HAINES STREET EAST LANOKA HARBOR, NJ 08734
Date: 10/17/2018

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR GLENDENNING MORTGAGE
CORPORATION, ITS SUCCESSORS AND ASSIGNS

By:

*John Kealy*

JOHN KEALY, Assistant Secretary

STATE OF MN } s.s.
COUNTY OF Dakota

On **10/17/2018** before me, **MICHELLE ERIN WIHREN**, a Notary Public, personally appeared **JOHN KEALY**, Assistant Secretary of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GLENDENNING MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*Michelle Erin Wihren*

MICHELLE ERIN WIHREN, Notary Public
Commission #: 20307590
My Commission Expires: 01/31/2021

> MICHELLE ERIN WIHREN
> NOTARY PUBLIC-MINNESOTA
> MY COMMISSION EXPIRES 01/31/2021

c2577972