# **EXHIBIT 4**

 **Ocean County**
**Document Summary Sheet**

OCEAN COUNTY CLERK
PO BOX 2191
COURTHOUSE
TOMS RIVER NJ 08754

INSTR # 2019037246
OR BK 17449 PG 337
RECORDED 04/24/2019 10:09:38 AM
SCOTT M. COLABELLA, COUNTY CLERK
OCEAN COUNTY, NEW JERSEY
RECORDING FEES 40.00

**Official Use Only**

| Transaction Identification Number | | 3811914 | 3361532 |
|---|---|---|---|
| Submission Date(mm/dd/yyyy) | 04/23/2019 | **Return Address** *(for recorded documents)* | |
| No. of Pages (excluding Summary Sheet) | 1 | WELLS FARGO BANK, N.A. | |
| Recording Fee (excluding transfer tax) | $40.00 | 1000 BLUE GENTIAN RD SUITE 200 | |
| Realty Transfer Tax | $0.00 | EAGAN, MN 55121 | |
| Total Amount | $40.00 | | |
| Document Type | ASSIGNMENT/MORTGAGE | | |

**Municipal Codes**
LACEY TOWNSHIP    13

**Batch Type**    L2 - LEVEL 2 (WITH IMAGES)

505907

Additional Information (Official Use Only)

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

5311421_4M23D(14H53M51S248)/3811914 3361532

Page 1 of 2



**Ocean County**
**Document Summary Sheet**

| | Type | ASSIGNMENT/MORTGAGE | | | | |
|---|---|---|---|---|---|---|
| | Consideration | | | | | |
| | Submitted By | WELLS FARGO BANK, N.A. (CSC/INGEO SYSTEMS INC) | | | | |
| | Document Date | 04/23/2019 | | | | |
| | Reference Info | | | | | |
| | Book ID | Book | Beginning Page | | Instrument No. | Recorded/File Date |
| | | | | | 2017079442 | |
| ASSIGNMENT/MO RTGAGE | MORTGAGOR | Name | | | Address | |
| | | WELLS FARGO BANK NA | | | | |
| | | MICHAEL P SIANO | | | | |
| | ASSIGNEE AND BORROWE | Name | | | Address | |
| | | MT BANK | | | | |
| | Parcel Info | | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | 13 | | | | 13 |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

5311421_4M23D(14H53M51S248)/3811914 3361532                                         Page 2 of 2

CFN 2019037246 O DOC_TYPE ASSN MTG BK 17449 PG 338 PAGE 2 OF 3

\*\*\*Send All Notices to Assignee\*\*\*

RECORDING REQUESTED BY:
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD
SUITE 200
EAGAN, MN 55121

WHEN RECORDED MAIL TO:
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD #200
MAC: N9289-018
EAGAN, MN 55121-4400
ATTN: ASSIGNMENT TEAM

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **WELLS FARGO BANK, N.A.**, **1 HOME CAMPUS, DES MOINES, IA 50328**, by these presents does convey, assign, transfer and set over to **M&T BANK, 3 FOUNTAIN PLAZA, BUFFALO, NY 14203**, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$193922.00**, is recorded in the State of **NEW JERSEY**, County of **Ocean** Official Records, dated **07/19/2017** and recorded on **08/02/2017**, as Instrument No. **2017079442**

Original Mortgagor: **MICHAEL P SIANO**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GLENDENNING MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**
Property Address: **102 HAINES STREET EAST LANOKA HARBOR, NJ 08734**
Date: **04/23/2019**

WELLS FARGO BANK, N.A.
By:

*Lolecha Elaine Palmer*

LOLETHA ELAINE PALMER, Vice President Loan Documentation

STATE OF MN
COUNTY OF Dakota } s.s.

On **04/23/2019** before me, **DEREJE D. BADADA**, a Notary Public, personally appeared **LOLETHA ELAINE PALMER**, Vice President Loan Documentation of WELLS FARGO BANK, N.A. personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

DEREJE D. BADADA, Notary Public
Commission #: 31049021
My Commission Expires: 01/31/2022

DEREJE D BADADA
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1/31/22

4529a6a5