Andrew C. Sayles, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 535-0500
asayles@connellfoley.com
Attorneys for Defendant, Parker McCay, P.A.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL PATRICK SIANO,™<br><br>Plaintiff Corporate Entity,<br>v.<br>M&T BANK, PARKER McCAY P.A. LAW OFFICES et al. and all Unknown Parties.<br>Defendants. | Civil Action No. 3:20-cv-12827-MAS-DEA<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

SIRS:

 PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance in this matter on behalf of defendant, Parker McCay, P.A., improperly pleaded as Parker McCay P.A. Law Offices.

 The undersigned counsel hereby requests that all notices filed in this matter be served upon **Andrew C. Sayles** at the address indicated above and, as appropriate, by electronic filing.

        **CONNELL FOLEY LLP**
        Attorneys for Defendant, Parker McCay, P.A.


        By:  *s/ Andrew C. Sayles*
          Andrew C. Sayles

Dated: November 25, 2020

18329/131730

5693995-1