# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MICHAEL PATRICK SIANO,**
*Plaintiff*

RECEIVED

2020 NOV 26  A 3: 40

**V.**

**SUMMONS IN A CIVIL CASE**

USDC FOR NJ

**M&T BANK, ET AL.,**
*Defendant*

CASE
NUMBER: **3:20–CV–12827–MAS–DEA**

TO: *(Name and address of Defendant):* COUNSEL for M&T BANK
PARKER IBRAHIM & BERG LLP. 270 Davidson Avenue,
Somerset, NJ, 08873.
PARKER McLAY P.A. LAW OFFICES
9000 Midlantic Dr. Suite 300 P.O. Box 5054
Mount Laurel, NJ 08054
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
_____
CLERK



**ISSUED ON 2020–09–23 10:48:46**, Clerk
USDC NJD

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ☑

| | |
|---|---|
| MICHAEL PATRICK SIANO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-CV-12827-MAS-DEA |
| M&T BANK ET AL. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  MICHAEL PATRICK SIANO
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____11/25/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                                        _____
                                                                        *Signature of the attorney or unrepresented party*

_____                            _____
*Printed name of party waiving service of summons*                *Printed name*

                                                                        _____
                                                                        *Address*

                                                                        _____
                                                                        *E-mail address*

                                                                        _____
                                                                        *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.