# CERTIFICATE OF SERVICE

I, Michael Patrick Siano, do hereby certify that a true copy of the foregoing Summons and Waiver of the Service of Summons with pre-paid postage envelope has been served upon by placing same in the U.S. Mail, properly addressed to as follows:

PARKER IBRAHIM & BERG LLP

270 Davidson Avenue

Somerset, Nj 08873

PARKER McCAY P.A. LAW OFFICES

9000 Midlantic Dr. Suite 300

P.O. Box 5054

Mount Laurel, Nj 08054

11-24-2020

_____
Michael Patrick Siano