## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MICHAEL PATRICK SIANO™,

               Plaintiff Corporate Entity,

     v.

M&T BANK,
PARKER McCAY P.A. LAW
OFFICES et al. and all Unknown Parties,

          Defendants.

**Document Filed Electronically**

Case No.: 3:20-cv-12827-MAS-DEA

**CERTIFICATE OF SERVICE**

I, James P. Berg, Esq., hereby certify as follows:

1.     I am an attorney-at-law admitted to practice in the United States District Court, District of New Jersey and an attorney with the law firm of Parker Ibrahim & Berg LLP, counsel for Defendant M&T Bank ("Defendant").

2.     On December 4, 2020, I caused to be served (i) Defendant's M&T Bank's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Complaint; (ii) Declaration of James P. Berg, Esq. dated December 4, 2020, with accompanying exhibits; and (iii) this Certificate of Service as follows:

> **VIA CM/ECF AND FEDEX**
> Michael Patrick Siano™
> 102 Haines Street East
> Lanoka Harber, New Jersey 08734
> *Pro Se Plaintiff*
>
> Andrew C. Sayles, Esq.
> Connell Foley LLP
> 56 Livingston Avenue
> Roseland, New Jersey 07068
> *Attorney for Defendant*
> Parker McCay, P.A.

3.      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

Dated: Somerset, New Jersey          **PARKER IBRAHIM & BERG LLP**
      December 4, 2020                  *Attorneys for Defendant,*
                                          M&T Bank

                                          */s/ James P. Berg*
                                          James P. Berg Esq.
                                          270 Davidson Avenue
                                          Somerset, New Jersey 08873
                                          Telephone: (908) 725-9700
                                          Facsimile: (908) 333-6230
                                          Email: james.berg@piblaw.com